RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101
(702) 388-6577/Phone
Raquel_Lazo@fd.org

Attorney for Narda Yvonne Locklear

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>   v.<br><br>Narda Yvonne Locklear,<br><br>       Defendant. | Case No. 2:26-cr-00033-APG-MDC-1<br><br>**Unopposed Motion to Appear Via Videoconference for Initial Appearance** |

Ms. Locklear is scheduled to appear for an initial appearance on Tuesday March 24, 2026, via a summons. On March 16, 2026, she contacted the Federal Public Defender's Office for appointment of counsel. At that time, she expressed a concern with traveling from Los Angeles, California for her appearance.

Defense counsel spoke to Ms. Locklear on March 17, 2026, and confirmed that Ms. Locklear resides in Los Angeles, California and is currently unable to travel to Las Vegas for the hearing. Ms. Locklear indicated that she is suffering from rheumatoid arthritis and is disabled. Further complicating matters, she is unable to leave her house as the elevator in her apartment is not functional.

Property management has indicated that they are waiting for a part, and the elevator is not expected to be repaired for another month or so.

Accordingly, Ms. Locklear requests that the in-person hearing be converted to a video hearing via zoom. Ms. Locklear understands that she has a right to appear in person but consents to proceed by video for her March 24, 2026 initial appearance.  The government has no opposition to the hearing being conducted by video.

DATED: March 17, 2026.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

/s/ Raquel Lazo

RAQUEL LAZO
Assistant Federal Public Defender

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:26-cr-00033-APG-MDC-1 |
| Plaintiff, | **ORDER** |
| v. | |
| Narda Yvonne Locklear, | |
| Defendant. | |

IT IS HEREBY ORDERED that Ms. Locklear shall be allowed to appear via videoconference for her initial appearance scheduled for March 24, 2026, at 2:30 p.m.

DATED this 17th day of March 2026.

_____

UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on, May 4, 2022, she served an electronic copy of the above and foregoing **Unopposed Motion to Appear Via Videoconference for Arraignment and Plea** by electronic service (ECF) to the person named below:

CHRISTOPHER CHIOU
Acting United States Attorney
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Rosana Aporta*
Employee of the Federal Public Defender

4